# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

> The proposed modified schedule is adopted.
>
> **SO ORDERED**
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge
>
> Dated: 10/14/2021

October 13, 2021

**VIA ECF**

Honorable Debra Freeman  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

        Re:   *Rosado v. Commissioner of Social Security,*  
                  Civil Action No. 1:21-cv-01280-GBD-DCF

Dear Judge Freeman,

      We write on behalf of plaintiff, Charlie Rosado, and with the consent of the defendant, to request a 35-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on October 21, 2021. Plaintiff respectfully requests an extension of time up to and including November 26, 2021. This is plaintiff's second request for an extension. The request is necessitated by the number of briefs due to be filed by our office within the next 30 days.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. Plaintiff to file his motion for judgment on the pleadings on or before **November 26, 2021**;

    b. Defendant to file its response/cross-motion on or before **January 25, 2022**; and

    c. Plaintiff to file his reply (if any) on or before **February 15, 2022**.

Honorable Debra Freeman
October 13, 2021
Page 2

      Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      s/Daniel A. Osborn
                                      Daniel A. Osborn
                                      OSBORN LAW, P.C.
                                      43 West 43rd Street, Suite 131
                                      New York, New York 10036
                                      Telephone:     212-725-9800
                                      Facsimile:      212-500-5115
                                      dosborn@osbornlawpc.com

cc: Joseph Pantoja, Esq. (by ECF)