**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLIE R.,

                Plaintiff,                21 **CIVIL** 01280 (GBD)(GRJ)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated, August 24, 2022, Magistrate Judge Jones' Report and Recommendation is ADOPTED IN FULL; the Commissioner's motion for judgment on the pleadings is GRANTED; Plaintiff's motion seeking the same is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         August 26, 2022

                                                         **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                          **BY:**       *J. Saviñon*
                                                             **Deputy Clerk**